JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA SALDIVAR,<br><br>   Plaintiff,<br><br>       v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security<br>Administration,<br><br>   Defendant. | Case No. ED CV 19-906-SP<br><br>**JUDGMENT** |

   Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: November 24, 2020

_____
SHERI PYM
United States Magistrate Judge